# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Keith A. Davis, ) | |
| ) | Civil Action No.  3:14-cv-03732-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Russel Bantz; Donald Hicks; Jennifer H. ) | |
| Mckellar; Cpl. Hayhurst; A. Derrick; Jason ) | |
| Williams; Lt. Robinson; JD Rowell; ) | |
| Cameron Littlejohn, Jr.; Sheriff Leon Lott; ) | |
| Richland County Sheriff Department; ) | |
| Richland County Solicitors Office, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court for review of the magistrate judge's Report and Recommendation ("Report"), (ECF No. 9), filed on October 15, 2014, recommending that the Complaint be dismissed *without* prejudice and without issuance and service of process. Plaintiff brought this action seeking relief pursuant to Title 28 U.S.C. §§ 2671 *et seq*. The Report sets forth in detail the relevant facts and legal standards on this matter which the court incorporates herein without a recitation.

The magistrate judge's Report is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made, and the court may accept, reject, or modify, in whole or in

1

part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report. (ECF No. 9 at 9). However, Plaintiff filed no objections to the Report.

In the absence of objections to the magistrate judge's Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

Therefore, after a thorough and careful review of the Report and the record in this case, the court finds the Report provides an accurate summary of the facts and law. The court **ACCEPTS** the magistrate judge's Report (ECF No. 9). It is therefore **ORDERED** that the Complaint is **DISMISSED** *without* prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

November 4, 2014
Greenville, South Carolina

2