AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Keith A. Davis,
*Plaintiff*

v.                                            Civil Action No.    3:14-cv-03732-JMC

Russel Bantz; Donald Hicks; Jennifer H. Mckellar; Cpl. Hayhurst; A. Derrick; Jason Williams; Lt. Robinson; Cameron Littlejohn, Jr.; Sheriff Leon Lott; Richland County Sheriff Department; Richland County Solicitors Office; and J.D. Rowell,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Keith A. Davis, shall take nothing of the defendants; Russel Bantz, Donald Hicks, Jennifer H. Mckellar, Cpl. Hayhurst, A. Derrick, Jason Williams, Lt. Robinson, Cameron Littlejohn, Jr., Sheriff Leon Lott, Richland County Sheriff Department, Richland County Solicitors Office, and J.D. Rowell, from the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding.  The Court having accepted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the complaint without prejudice.

Date:  November 4, 2014                          *ROBIN L. BLUME, CLERK OF COURT*

                                                 s/G. Mills
                                                 *Signature of Clerk or Deputy Clerk*