AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Keith A. Davis,
*Plaintiff*
v.                                          Civil Action No.    3:14-3732-JMC

Russel Bantz, Donald Hicks, Jennifer H. Mckellar, Cpl. Hayhurst, A. Derrick, Jason Williams, Lt. Robinson, Cameron Littlejohn, Jr., Sheriff Leon Lott, Richland County Sheriff Department, Richland County Solicitors Office, J.D. Rowell,
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff take nothing of the Defendants and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs United States District Judge presiding. The issues having been reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her Report and Recommendation that this case be dismissed.

Date: April 30, 2015

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*